# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 17-1618-PLA                                                                 Date  June 2, 2017

Title: Juan Briseno v. Centinela Feed, Inc., et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**       (IN CHAMBERS)

Plaintiff's Complaint was filed on February 28, 2017. Pursuant to the Notice to Counsel, issued on March 1, 2017, service of process must be accomplished in accordance with Rule 4 of the Federal Rules of Civil Procedure or in any manner provided by State Law, when applicable. Service should be promptly made; unreasonable delay may result in dismissal of the action under Local Rule 41 and Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service or a waiver of service of summons and complaint must be filed with the Court. To date, a proof of service has not been filed with the Court. Accordingly, **no later than June 7, 2017, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the proof of service on or before June 7, 2017, shall be deemed compliance with this Order to Show Cause.

**IT IS SO ORDERED**.

cc:      Counsel of Record

Initials of Deputy Clerk    ch